**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

MICHAEL LEWIS GARRETT, #800575,　§
　　　　　　　　　　　　　　　　　§
　　　Plaintiff,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　§　　Case No. 6:26-cv-156-JDK-KNM
　　　　　　　　　　　　　　　　　§
MANAGEMENT TREATMENT　　　　§
CENTER EAST TEXAS,　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　Defendant.　　　　　　　　　 §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Michael Lewis Garrett, an inmate of the Texas Department of Criminal Justice (TDCJ) proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 without paying the filing fee.  The case was referred to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On April 2, 2026, the Magistrate Judge issued a Report recommending that the Court bar Plaintiff from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismiss this case subject to reinstatement if Plaintiff pays the filing fee within fifteen days.  Docket No. 6.  A copy of this Report was mailed to Plaintiff, who did not file written objections to the Report.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire

1

record and makes an independent assessment under the law.  *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court.  It is therefore **ORDERED** that this case is **DISMISSED** with prejudice for purposes of proceeding *in forma pauperis* under 28 U.S.C. § 1915(g)—but without prejudice as to the refiling of the lawsuit with payment of the full filing fee.  All pending motions are **DENIED as moot.**

So **ORDERED** and **SIGNED** this **14th** day of **May, 2026.**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE